IN THE UNITED STATES DISTRICT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS POLEN,<br><br>     Plaintiff,<br><br>-vs-<br><br>UNITED HEALTHCARE SERVICES, INC. i/t/d/b/a OPTUM and OPTUM SERVICES INC.,<br><br>     Defendants. | Case No. 2:17-cv-01106-MRH<br><br><br>**STIPULATION OF DISMISSAL** |

## STIPULATION OF DISMISSAL

AND NOW, come all parties, by and through their respective counsel, and hereby enter into a STIPULATION OF DISMISSAL of all claims in the above-captioned matter, with prejudice per Rule 41(a) of the Federal Rules of Civil Procedure.

Respectfully submitted,

| | |
|---|---|
| _/s/ Kadee J. Anderson_ | _/s/ Jason M. Schiffman_ |
| Kadee J. Anderson (admitted *Pro Hac Vice*) | Jason M. Schiffman |
| Stinson Leonard Street LLP | Schiffman Firm |
| 50 South Sixth Street, Suite 2600 | 1300 Fifth Avenue |
| Minneapolis, MN 55402 | Pittsburgh, PA 15219 |
| Telephone:   (612) 335-1728 | Telephone: (412) 288-9444 |
| Email:   kadee.anderson@stinson.com | |
| | and |
| and | |
| | Brendan B. Lupetin |
| Stephen Mark Houghton (PA Bar No. 31622) | Meyers Evans Lupetin & Unatin, LLC |
| Dickie, McCamey & Chilcote, P.C. | 707 Grant Street |
| Two PPG Place, Suite 400 | Suite 3200 |
| Pittsburgh, PA 15222-5402 | Pittsburgh, PA 15219 |
| Telephone: (412) 281-7272 | Telephone:  (412) 281-4100 |
| **ATTORNEYS FOR DEFENDANTS UNITED HEALTHCARE SERVICES, INC. AND OPTUM SERVICES, INC.** | **ATTORNEYS FOR PLAINTIFF THOMAS POLEN** |